*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, ATTANASIO, and McCOY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Stefan M.L. JOHNSON**
Interior Communications Electrician Second Class (E-5),
U.S. Navy
*Appellant*

**No. 202300301**

_____

Decided: 25 June 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Mishonda M. Mosley

Sentence adjudged 10 October 2023 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for nine months and a bad-conduct discharge.[1]

For Appellant:
*Commander Jesse A. Schaefer, JAGC, USN*

---

[1] Appellant received 132 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

　After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

　The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.